IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:18-cv-545-GCM

| | |
|---|---|
| REAGAN THURBON,<br><br>       Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., et al,<br><br>       Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Ryan Lee Young,** filed February 22, 2019 (Doc. No. 10).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr Young is admitted to appear before this court *pro hac vice* on behalf of Defendants, Abbott Laboratories, Inc., St. Jude Medical S.C., Inc., and St. Jude Medical, LLC.

**IT IS SO ORDERED.**

Signed: February 25, 2019

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge