# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:18-cv-545-GCM

| | |
|---|---|
| REAGAN THURBON,<br><br>   Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., et al<br><br>   Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Uma Chandrasekaran,** filed February 28, 2019 (Doc. No. 12).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Ms Chandrasekaran is admitted to appear before this court *pro hac vice* on behalf of Defendants, Abbott Laboratories, Inc., St. Jude Medical S.C., Inc., and St. Jude Medical, LLC.

**IT IS SO ORDERED.**

Signed: March 4, 2019

Graham C. Mullen
United States District Judge